STEPHEN T. HOLZER, ESQ., SBN 074561
LEWITT, HACKMAN, SHAPIRO,
   MARSHALL & HARLAN
16633 Ventura Boulevard, 11th Floor
Encino, California 91436-1865
Telephone: (818) 990-2120
Telecopier: (818) 981-4764

Attorneys for Plaintiff **ALS INDUSTRIES, INC.**

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALS INDUSTRIES, INC., <br> Plaintiff, <br> vs. <br> AVNET, INC., ET. AL, <br> Defendant | **CASE NO: CV 07-07515 CAS (JWJX)** <br><br> **ORDER OF DISMISSAL** |

IT IS HEREBY ORDERED that the above-titled action is dismissed without prejudice pursuant to FRCP 41(a)(1) and defendant's Motion to Dismiss filed December 5, 2007 is thereby MOOT.

*[signature: Christina A. Snyder]*

DATED: February 26, 2008

UNITED STATES DISTRICT JUDGE